**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| LEONEL OSWALDO ESQUINA FLORES, | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | 1:25-cv-1564 (PTG/LRV) |
| | ) | |
| JEFFREY CRAWFORD, *et al.* | ) | |
| | ) | |
| *Respondents.* | ) | |
| | ) | |

**ORDER**

This matter comes before the Court on a Petition for a Writ of Habeas Corpus (the "Petition"). Dkt. 1. On November 10, 2025, the Court determined that Petitioner Leonel Oswaldo Esquina Flores could not be lawfully held under 8 U.S.C. § 1225(b) and ordered that he be provided with a bond hearing before an Immigration Judge ("IJ") pursuant to 8 U.S.C. § 1226(a). Dkt. 13. At that time, the Court reserved ruling on Petitioner's request for immediate release. *Id.* On November 17, 2025, an IJ held the bond hearing and Petitioner was ordered released on a $7,000 bond. Dkt. 16. According to Petitioner's counsel, on November 20, 2025, Petitioner's family paid the $7,000 bond, but Petitioner has not yet been released from the custody of Immigration and Customs Enforcement ("ICE"). Dkt. 18 at 2. Petitioner's counsel indicates that they have been in communication with Respondents' counsel on this issue. *Id.* at 3.

Accordingly, the Court finds that Petitioner's continued detention is unlawful. It is hereby

**ORDERED** that Petitioner be immediately released from custody, with all his personal property. Petitioner must live at the fixed address identified in his Release Plan (Dkt. 15).

**ORDERED** that Respondents—along with their officers, agents, servants, employees, attorneys, successors, and assigns, and all persons acting in concert with them—be and are

1

**ENJOINED** from rearresting Petitioner unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing, or pursuant to 8 U.S.C. § 1231(a)(2); and it is further

**ORDERED** that the parties shall file a status report on Petitioner's release within twenty-four (24) hours of the entry of this Order.

Entered this 25th day of November, 2025.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge

2